# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF WISCONSIN

---

ESTABLISHMENT INSPECTION OF:

Carnes Company, Inc.

Case No. 09-mc-02

---

## WARRANT FOR INSPECTION UNDER THE OCCUPATIONAL SAFETY AND HEALTH ACT OF 1970

To:  Nick Kerkenbush and/or any other Compliance Officer(s) of the Occupational Safety and Health Administration, United States Department of Labor.

Sworn application having been made, reasonable legislative and administrative standards having been prescribed, and probable cause shown by Nick Kerkenbush of the Occupational Safety and Health Administration, United States Department of Labor, for an inspection and investigation of the workplace described as: Carnes Company, 448 South Main Street, Verona, WI 53593.

**IT IS HEREBY ORDERED** that based on the grounds set forth in the sworn application for inspection warrant and pursuant to Section 8(a) of the Occupational Safety and Health Act of 1970 (29 U.S.C. 651, et seq.), hereinafter referred to as the Act, **YOU ARE AUTHORIZED as follows:**

- to enter the above described premises during regular working hours to conduct an inspection and investigation; and
- to inspect and investigate in a reasonable manner and to a reasonable extent the workplace or environment where work is performed or permitted to be performed

1

by employees of the employer, including but not limited to authority to take environmental samples and to take or obtain photographs and/or videotapes related to the purpose of the inspection, and to question privately any owner, operator, agent, employer or employee of the establishment.

The inspection, however, shall be limited:

- to the unsafe work practices, areas, and/or conditions alleged by OSHA pursuant to its administrative plans for enforcement CPL 03-00-003, and to those areas of the Carnes Company, Inc. workplace where machinery and equipment listed in Appendix D of CPL 03-00-003, or any other machinery and equipment that could cause amputations are present;

- to any hazardous work areas, procedures and/or working conditions where work is performed or permitted to be performed by employees of the employer within the plain view of the Compliance Officer(s) during the course of the inspection; and

- to all pertinent conditions, structures, machines, apparatus, devices, equipment, materials, and all other things therein (including a review of records required by the Act and/or directly related to the purpose of the inspection—such records do not include medical records as defined in 29 CFR 1910.1020(c)(6)(i)), related to the above-described practices, areas or working conditions and bearing on whether this employer is furnishing to its employees employment and a place of employment which is free from recognized hazards that are causing or are likely to cause death or serious physical harm to its employees, and whether this employer is complying with the occupational safety and health standards

promulgated under the Act and the rules, regulations, and orders issued pursuant to the Act.

A return shall be made to this Court showing that the inspection has been completed, within ten (10) working days from this date.

DATED:   1-6-09  , 2009.

Stephen L. Crocker
**United States Magistrate Judge**

## RETURN

I received the attached Warrant for Inspection on _____.

On _____ at _____ a.m./p.m., I conducted an inspection of the premises described in the Warrant and I left a copy of the warrant with _____ (name of individual).

_____
**Nick Kerkenbush**
**Compliance Safety and Health Officer**
**U.S. Department of Labor**
**Occupational Safety and Health Administration**

Subscribed and Sworn to and returned before me this _____ day of _____ 2009

_____
Stephen L. Crocker
**United States Magistrate Judge**